## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Southern** | **District Court** |

Case Number: 1:25-CV-21214-JB


LRA2025002581

Plaintiff:
**Karen Dillaman**

vs.

Defendant:
**Ncl Ltd**

For:
David W. Singer, Esq.,
DAVID W. SINGER & ASSOCIATES, P.A.
1011 S. Federal Highway
Hollywood, FL 33020

Received by LOURDES VASALLO on the 17th day of March, 2025 at 10:51 am to be served on **Ncl (Bahamas) Ltd R.A. Daniel S. Farkas, Esquire, 7665 Corporate Center Drive, Miami, FL 33126** .

I, LOURDES VASALLO, do hereby affirm that on the **19th day of March, 2025** at **12:52 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Complaint, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **MALENA DELGADO** as **LEGAL ASSISTANT** for **Ncl (Bahamas) Ltd**, at the address of: **7665 Corporate Center Drive, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 48, Sex: F, Race/Skin Color: HISPANIC, Height: 5'2", Weight: 145, Hair: LIGHT BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True. Pursuant to F.S. 92.525(2), Notary not required.

**LOURDES VASALLO**
Certified Process Server #1157

L.R.I
1011 South Federal Highway
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: LRA-2025002581

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____ –Civ– _____ / _____
1:25-cv-21214-JB

KAREN DILLAMAN,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD., A BERMUDA COMPANY,

    Defendant.

_____/



3/19/25
12:52pm
Lv #1157

## SUMMONS IN A CIVIL ACTION

**TO:**  NCL (BAHAMAS) LTD., A BERMUDA COMPANY
*Registered Agent:*
Daniel S. Farkas, Esquire
7665 Corporate Center Drive
Miami, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID W. SINGER, ESQUIRE
DAVID W. SINGER & ASSOCIATES, P.A.
Attorneys for Plaintiff
1011 South Federal Highway
Hollywood, Florida 33020
Fla. Bar No.: 306215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with this court.

Date: __Mar 14, 2025__

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Clifford Charles
Deputy Clerk
U.S. District Courts